The Honorable Richard A. Jones
Hearing Date: September 18, 2020

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ATM SHAFIQUL KHALID, an individual, and on behalf of similarly situated, Xencare Software, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> CITRIX SYSTEMS, INC., a Delaware corporation, AKA John Doe *n.* <br><br> Defendant. | No. 2:20-cv-00711-RAJ <br><br> DECLARATION OF SARAH E. AMES IN SUPPORT OF DEFENDANT CITRIX SYSTEMS, INC.'S MOTION TO DISMISS UNDER RULES 12(B)(1) AND 12(B)(6) |

I, Sarah Ames, declare and state as follows:

1.  I am an attorney at Davis Wright Tremaine LLP and among counsel of record for Defendant Citrix Systems, Inc. ("Citrix") in this litigation. I am over the age of 18, have personal knowledge of the facts set forth in this declaration, and am in all ways competent to make this declaration and testify to those facts.

2.  A true and correct copy of the Complaint filed on October 2, 2015 in *ATM Shafiqul Khalid. v. Citrix Systems, Inc*. in King County Superior Court of Washington No. 15-2-24309-8 SEA ("the State Action") is attached as Exhibit 1.

3.  A true and correct copy of an August 17, 2020 letter from the Court of Appeals to counsel for appellant/respondent Khalid and counsel for appellant/respondent Citrix setting a September 30, 2020 hearing date for the appellate matters is attached as Exhibit 2.

AMES DECLARATION IN SUPPORT
OF DEFENDANT'S MOTION TO DISMISS
(2:20-cv-00711-RAJ) - 1

Davis Wright Tremaine LLP
LAW OFFICES
929 108th Avenue NE, Suite 1500
Bellevue, WA 98004-4786
425.646.6100 main · 425.646.6199 fax

4. A true and correct copy of the complete docket for the State Action is attached as Exhibit 3.

5. A true and correct copy of First Amended Complaint filed February 7, 2017 in the State Action is attached as Exhibit 4.

6. A true and correct copy of copy of the First Amended Complaint filed on April 26, 2020 in *ATM Shafiqul Khalid and Xencare Software, Inc. v. Microsoft Corporation, et al*. in the United States District Court for the Western District of Washington No. 2:19-cv-00130-RSM is attached as Exhibit 5.

7. A true and correct copy of the Second Amended Complaint filed on November 29, 2019 in *ATM Shafiqul Khalid and Xencare Software, Inc. v. Microsoft Corporation, et al*. in the United States District Court for the Western District of Washington No. 2:19-cv-00130-RSM is attached as Exhibit 6.

8. A true and correct copy of the complete docket for the United States District Court for the Western District of Washington No. 2:16-cv-00650-JCC, including docket entries regarding Plaintiff's Motion to Remand, is attached as Exhibit 7.

9. A true and correct copy of the court's Order Granting Citrix's Motion for Partial Summary Judgment on its Lanham Act Claims entered June 21, 2017 in the State Action is attached as Exhibit 8.

10. A true and correct copy of Plaintiffs' Notice of Appeal minus attachments filed October 23, 2018 in the State Action is attached as Exhibit 9.

11. A true and correct copy of Citrix's Notice of Appeal minus attachments filed October 23, 2018 in the State Action is attached as Exhibit 10.

12. A true and correct copy of Citrix's Trial Brief filed July 9, 2018 in the State Action is attached as Exhibit 11.

13. A true and correct copy of the court's Amended Order on Plaintiffs' Motion for Partial Summary Judgment entered June 26, 2017 in the State Action is attached as Exhibit 12.

AMES DECLARATION IN SUPPORT
OF DEFENDANT'S MOTION TO DISMISS
(2:20-cv-00711-RAJ) - 2

Davis Wright Tremaine LLP
LAW OFFICES
929 108th Avenue NE, Suite 1500
Bellevue, WA 98004-4786
425.646.6100 main · 425.646.6199 fax

14. A true and correct copy of Citrix's Answer to First Amended Complaint filed March 8, 2017 in the State Action is attached as Exhibit 13.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 26th day of August, 2020, at Seattle, Washington.

                                     */s/ Sarah E. Ames*
                                       Sarah E. Ames

AMES DECLARATION IN SUPPORT
OF DEFENDANT'S MOTION TO DISMISS
(2:20-cv-00711-RAJ) - 3

Davis Wright Tremaine LLP
LAW OFFICES
929 108th Avenue NE, Suite 1500
Bellevue, WA 98004-4786
425.646.6100 main · 425.646.6199 fax

# CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure

DATED at Bellevue, Washington this 26th day of August, 2020.

*Lauree Anne Lingenbrink*        ,
Lauree Anne Lingenbrink
Legal Assistant

AMES DECLARATION IN SUPPORT
OF DEFENDANT'S MOTION TO DISMISS
(2:20-cv-00711-RAJ) - 4

Davis Wright Tremaine LLP
LAW OFFICES
929 108th Avenue NE, Suite 1500
Bellevue, WA  98004-4786
425.646.6100 main · 425.646.6199 fax